**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

In re:

DENNIS DARNAY WILLIAMS
604 Humboldt Place
Fayetteville, NC 28314-2571

Case No. 12-05122-8-SWH

Chapter 7

    NOW COMES the Attorney for the Debtor and hereby voluntarily withdraws as counsel for the above referenced Debtor and states as follows:

1. That the Debtor filed a Chapter 13 on July 13, 2012.
2. Debtor's case was converted to a Chapter 11 on August 13, 2012.
3. Debtor's case was converted to a Chapter 7, on December 16, 2012.
2. That a conflict of interest has developed between the Debtor and its counsel.

    WHEREFORE, the Attorney for Debtor prays that his Motion to Voluntarily Withdraw as Counsel for the above referenced Debtor be allowed.

This the 6th day of January, 2013.

The Lewis Law Firm
/s/Robert Lewis, Jr.
ROBERT LEWIS, JR.
Attorney for Debtor
NC Bar # 35806
421 Fayetteville Street Suite 1507
Raleigh, NC  27601
Telephone: 919 792-1920
Facsimile: 919 332-0341
rlewis@thelewislawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

In re:

DENNIS DARNAY WILLIAMS
604 Humboldt Place
Fayetteville, NC 28314-2571

Case No. 12-05122-8-SWH

Chapter 7

**NOTICE OF MOTION**

NOTICE IS HEREBY GIVEN that Counsel of record for the Debtor voluntarily withdraws as counsel.  This MOTION may be allowed provided no response and request for a hearing is made by the Debtor, Creditor (s), Trustee, or other parties in interest, in writing to the Clerk of the Court within twenty-one (21) days from the date of this Notice; and

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by the Debtor, Creditor(s), Trustee, or other parties in interest named herein in writing within the time indicated, a hearing will be conducted on the motion and response thereto at a date, time, and place to be later set by this Court and all interested parties will be notified accordingly.  If no request for hearing is timely filed, the Court may rule on this Motion and response thereto ex parte without further notice.

This the 6th day of January, 2013.

                  The Lewis Law Firm
                  /s/Robert Lewis, Jr.
                  ROBERT LEWIS, JR.
                  Attorney for Debtor
                  NC Bar # 35806
                  421 Fayetteville Street Suite 1507
                  Raleigh, NC  27601
                  Telephone: 919 792-1920
                  rlewis@thelewislawfirm.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

| | |
|---|---|
| In re: | |
| | Case No. 12-05122-8-SWH |
| DENNIS DARNAY WILLIAMS | |
| 604 Humboldt Place | |
| Fayetteville, NC 28314-2571 | Chapter 7 |

**CERTIFICATE OF SERVICE**

I, Robert Lewis, Jr., 803-C East Main Street, Havelock, North Carolina 28532, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age. That on the 1st day of December, 2013, I served a copy of the Motion to Withdraw by depositing a copy of the same in the United States mail, first class, postage prepaid or by Electronic Filing on CM/ECF to the person(s) listed on the mailing matrix:

    James B Angell (sent via electronic filing)
    Chapter 7 Trustee

    Marjorie K. Lynch (sent via electronic filing)
    Bankruptcy Administrator

    Dennis D. Williams
    604 Humboldt Place
    Fayetteville, NC 28314

                        See Attached Mailing Matrix

I certify under penalty of perjury that the foregoing is true and correct.
    This the 6th day of January, 2013. .

                                    THE LEWIS LAW FIRM, P.A.

                                    /s/Robert Lewis, Jr.
                                    ROBERT LEWIS, JR.
                                    Attorney for Debtor
                                    NC Bar # 35806
                                    421 Fayetteville Street Suite 1507
                                    Raleigh, NC  27601
                                    Telephone: 919 792-1920
                                    rlewis@thelewislawfirm.com