**VAN–117** Hearing Conference Worksheet – Rev. 01/25/2013

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

Date:_____  Time: _____  Place: _____

IN RE:
Dennis Darnay Williams
604 Humboldt Place
Fayetteville, NC 28314–2571

**Fayetteville Division**

CASE NO.: 12–05122–8–SWH

DATE FILED: July 13, 2012

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*218* – Motion to Quash filed by Robert Lewis Jr. on behalf of Robert Lewis Jr. (Lewis, Robert)

Dennis Darnay Williams
604 Humboldt Place
Fayetteville, NC 28314–2571

James B Angell
Howard, Stallings, From & Hutson, PA
PO Box 12347
Raleigh, NC 27605–2347
919 821–7700

DATED: May 15, 2013

Sarah Donleycott