IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-211-D

| | |
|---|---|
| DENNIS DARNAY WILLIAMS, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MARJORIE K. LYNCH, Bankruptcy ) | |
| Administrator, ) | |
| ) | |
| Appellee. ) | |

On March 22, 2013, the United States Bankruptcy Court for the Eastern District of North Carolina transmitted a notice of appeal to this court [D.E. 1]. The same day, the clerk entered a notice of docketing and briefing deadlines that established April 8, 2013, as the deadline for appellant Dennis Darnay Williams to file his brief. See [D.E. 6]; Local Civil Rule 83.8, EDNC; Federal Rule of Bankruptcy Procedure 8009.

Williams did not file a brief or a motion for an extension of time in this case. Accordingly, on April 15, 2013, appellee moved to dismiss the appeal [D.E. 8]. On April 18, 2013, the clerk notified Williams that he had to respond to the motion to dismiss on or before May 9, 2013, and if he failed to respond, his appeal might be dismissed [D.E. 9]. Williams did not respond to the motion to dismiss.

The motion to dismiss the appeal [D.E. 8] is GRANTED. The clerk shall close the case.

SO ORDERED. This 6 day of June 2013.

JAMES C. DEVER III
Chief United States District Judge